UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO._____

GARY SACKRIDER and MARY SACKRIDER,

    Plaintiffs

v.

ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS and JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the TOWN OF BOXFORD,

    Defendants

MAGISTRATE JUDGE Collings

04 10406 MEL

NOTICE OF REMOVAL

RECEIPT # 59118
AMOUNT $ 150
SUMMONS ISSUED___
LOCAL RULE 4.1___
WAIVER FORM___
MCF ISSUED___
BY DPTY. CLK.___
DATE 3-1-04

    Now come the defendants pursuant to the provisions of 28 U.S.C. §§1441 and 1446, and hereby file notice of the removal of this action from the Land Court of the Commonwealth of Massachusetts, County of Essex, where it is currently pending, based upon the following grounds:

    1.    This is an action in which the plaintiffs allege violations of their civil rights under the Fifth and Fourteenth Amendment to the U.S. Constitution and parallel provisions of the Massachsuetts Declaration of Rights (and seek relief presumably pursuant to 42 U.S.C. §1983, G.L.c.12 §11H and I, although they do not specifically plead so) (Count I, V, VI). See Amended Complaint, ¶24, 32(e), 54, 59, 65, 70 affixed hereto and incorporated by reference. The plaintiff also asserts state law claims: an appeal pursuant to G.L. c.41 §81BB (Count I); an appeal of

rescissions of an alleged constructive approval of a subdivision plan (Counts II, III); a request for declaratory judgment challenging the conditions the plaintiffs feel were imposed by the alleged constructive approval of the subdivision plan (Count IV); a challenge to Section 196-24K of the Boxford Zoning Bylaws pursuant to G.L. c.240 §14A and G.L. c.231A §1 (Count VII); a request for declaratory judgment seeking an order barring the Planning Board from enforcing a section of the Subdivision Rules and Regulations due to an alleged conflict of interest (Count VIII); and a request for declaratory judgment seeking constructive approval of the plaintiff's application under the Scenic Roads Act (Count IX).

2.  This Court has jurisdiction over the plaintiff's constitutional claims pursuant to 28 U.S.C. §1441.

3.  This Removal is timely, as this action was first served on the defendant on January 29, 2004.

4.  All defendants have consented to the removal of the matter to the United States District Court for the District of Massachusetts.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DEFENDANTS,

By their attorneys,

*[signature]*

Joel B. Bard (BBO# 029140)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

214825/Boxf/0057

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 3/1/04

*[signature]*