UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10406-MEL

GARY SACKRIDER and MARY
SACKRIDER,

      Plaintiffs

v.

ROBERT GORE, ROBERT FORD, HOLLY
LANGER, JOSEPH HILL, J. STEVEN
MERRIAM, JR., ELLEN NESTERVICH, and
ROBERT STEVENS, as they are the Members
of the Boxford Planning Board, BARBARA
JESSEL, CHARLES COSTELLO, NEIL
OLANSKY, ROBERT WAS and JOSEPH
CALLAHAN, as they comprise the Board of
Selectmen for the TOWN OF BOXFORD,

      Defendants

DEFENDANTS' MOTION
TO ENLARGE TIME TO
RESPOND TO AMENDED
COMPLAINT

Now come the defendants and pursuant to Fed.R.Civ.P. 6, hereby move that the Court to

enlarge the time for the filing of the defendants' response to the Complaint until March 19, 2004.

## MEMORANDUM OF REASONS

As grounds for their Motion to Enlarge Time to Respond to the Complaint, the

defendants state the following:

    1.    The Amended Complaint is very lengthy, consisting of ninety-seven (97)

paragraphs and nine separate counts.

    2.    The additional time requested by the defendants' counsel is necessitated because

Attorney Katharine Doyle is scheduled to begin maternity leave and Attorney Joel Bard is out of

the state until March 11, 2004. Defense counsel needs the brief period of additional time to adequately confer with the defendants to provide a meaningful response.

WHEREFORE, the defendants respectfully request that this Court allow their Motion to Enlarge Time to Respond, up to and including March 19, 2004.

DEFENDANTS,

By their attorneys,

*Katharine Doyle*

Joel B. Bard (BBO# 029140)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

215302/Metg/0532

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on ___3/4/04___

2