UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10406-MEL

GARY SACKRIDER and MARY SACKRIDER,

    Plaintiffs

v.

ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS and JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the TOWN OF BOXFORD,

    Defendants

LOCAL RULE 7.1
CERTIFICATE OF COMPLIANCE

Now comes the undersigned defense counsel, and hereby certifies that she conferred, via facsimile letter on March 4, 2004, with counsel for the plaintiff in a good faith effort to resolve or narrow the issues set forth in the Defendants' Motion to Enlarge Time to Respond to Amended Complaint.

                                                              _/s/ Katharine Goree Doyle_
                                                              Katharine Goree Doyle (BBO# 634131)
                                                              Kopelman and Paige, P.C.
                                                                Town Counsel
                                                             31 St. James Avenue
                                                             Boston, MA 02116
                                                             (617) 556-0007

215345/Metg/0532

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _3/4/04_
               _/s/ KGD_