LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN
SARAH N. TURNER

March 9, 2004

BY HAND

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Sackrider, et al. v. Robert Gore, et al.
      (Town of Boxford Planning Board, Board of Selectmen)
      U.S.D.C., C.A. No. 04-10406-MEL

Dear Sir/Madam:

Enclosed for filing please find the certified state court docket entries in this matter. Also enclosed are copies of all process served upon the defendants.

Thank you for your attention to this matter. Please call me if you have any questions regarding this matter.

Very truly yours,

Katharine Goree Doyle

KGD/cmt
Enc.
cc:   Board of Selectmen
      Planning Board
      Gary S. Sackrider, Esq.

215567/BOXF/0057

**COMMONWEALTH OF MASSACHUSETTS**
**LAND COURT**
**DEPARTMENT OF THE TRIAL COURT**
**DOCKET**

| | |
|---|---|
| **CASE TYPE:** Miscellaneous | **DATE FILED:** January 29, 2004 |
| **CASE NO.:** Misc. 296356 | **CASE SUB TYPE:** ZAD - Complaint, Appeal from Planning Board, Chapter 41, Sec. 81 BB |
| **LAND IN:** Town Of Boxford | |

**ON:** 154 Spofford Road

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| GARY SACKRIDER. | ROBERT GORE, |
| MARY SACKRIDER. | ROBERT FORD, |
| | HOLLY LANGER, |
| | JOSEPH HILL, |
| | J. STEVEN MERRIAM JR., |
| | ELLEN NESTERVICH, |
| | ROBERT STEVENS, as he/she/they are members of TOWN OF BOXFORD PLANNING BOARD. |
| | TOWN OF BOXFORD PLANNING BOARD. |
| | BARBARA JESSEL, |
| | CHARLES COSTELLO, |
| | NEIL OLANSKY, |
| | ROBERT WAS, |
| | JOSEPH CALLAHAN, as he/she/they constitute the TOWN OF BOXFORD BOARD OF SELECTMEN. |
| | TOWN OF BOXFORD BOARD OF SELECTMEN. |

| PLAINTIFFS' ATTORNEY(S): | DEFENDANTS' ATTORNEY(S): |
|---|---|
| 1  1/29/2004  GARY SHELDON SACKRIDER, Esq.<br>100 Cummings Center<br>Suite 207p<br>Beverly, MA 01915<br>(978) 745-8850<br>appears for GARY SACKRIDER | I HEREBY ATTEST AND CERTIFY ON March 4, 2004 THAT THE FORGOING DOCUMENT IS A FULL ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.<br><br>DEBORAH J. PATTERSON<br>RECORDER<br>LAND COURT<br>BY D. Patterson<br>Recorder |

Date Printed: 3/4/2004

Case No.: Misc. 296356

Page 1 of 2

| PLAINTIFFS' ATTORNEY(S): | DEFENDANTS' ATTORNEY(S): |
|---|---|
| 2  1/29/2004  GARY SHELDON SACKRIDER, Esq.<br>100 Cummings Center<br>Suite 207p<br>Beverly, MA  01915<br>(978) 745-8850<br>appears for MARY  SACKRIDER | |

| # | Code | Entry | Date |
|---|---|---|---|
| 1 | CF | Complaint, Appeal from Planning Board, Chapter 41 Sec. 81 BB filed | 01/29/2004 |
| 2 | AMC | Amended Complaint filed | 02/23/2004 |
| 3 | MISC | Written Notice of Removal to Federal Court Pursuant to 28 U.S.C. Sec. 1446(d), filed | 03/01/2004 |