United States District Court
District of Massachusetts

C.A. No. 04 CV 10406-MEL

Gary Sackrider and Mary Sackrider,  )
Plaintiffs                          )
                                    )
v.                                  )
                                    )
Robert Gore, Robert Ford, Holly Langer,      )   MOTION FOR
Joseph Hill, J. Steven Merriam, Jr., Ellen   )   REMAND
Nestervich, and Robert Stevens, as they are  )
the Members of the Boxford Planning Board,   )
Barbara Jessel, Charles Costello, Neil       )
Olansky, Robert Was and Joseph Callahan,     )
as they comprise the Board of Selectmen for  )
the Town of Boxford, Defendants              )

Now come the plaintiffs in the above entitled matter and move to have each and every count of the amended complaint be remanded to the Massachusetts Land Court forthwith. In support of this motion the plaintiffs assert that none of the counts fall within the original jurisdiction of the federal court and particularly not within 28 U.S.C. §1441, as alleged by the defendants. Even though some federal issues are incidental to some of the causes of action, the federal issues are not essential to sustain the causes of action. Even if they were, the court should exercise its discretion under 28 U.S.C. §1441(c) and remand all of claims because either state law predominates or novel issues under state law have been raised. In addition, the removal was procedurally defective due to the defendants' failure to include with the removal papers the summons (and sheriff's returns) which were served upon the defendants, as is required by 28 U.S.C. §1446(a) & (b).

In support of their position, the plaintiffs refer the court to Plaintiffs' Memorandum of Law filed herewith.

PLAINTIFFS,

By their attorney,

*[signature]*

Gary S. Sackrider (B.B.O. #437360)
100 Cummings Center
Suite 207P
Beverly, Massachusetts 01915
(978) 745-8850

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served ~~by mail~~ *IN HAND* on the attorney of record for each other party in this action on March _10_, 2004.

*[signature]*

Gary S. Sackrider, Esq.