United States District Court
District of Massachusetts

C.A. No. 04 CV 10406-MEL

| | |
|---|---|
| Gary Sackrider and Mary Sackrider,<br>Plaintiffs<br><br>v.<br><br>Robert Gore, Robert Ford, Holly Langer,<br>Joseph Hill, J. Steven Merriam, Jr., Ellen<br>Nestervich, and Robert Stevens, as they are<br>the Members of the Boxford Planning Board,<br>Barbara Jessel, Charles Costello, Neil<br>Olansky, Robert Was and Joseph Callahan,<br>as they comprise the Board of Selectmen for<br>the Town of Boxford, Defendants | LOCAL RULE 7.1<br>CERTIFICATE OF COMPLIANCE |

Now come the undersigned counsel for the plaintiffs and hereby certifies that on March 9, 2004 at approximately 8:35 A.M. via facsimile letter, I conferred with counsel for the defendants in a good faith effort to resolve or narrow the issues set forth in Plaintiffs' Motion to Remand.

_Gary S. Sackrider_
Gary S. Sackrider (B.B.O. #437360)
100 Cummings Center
Suite 207P
Beverly, Massachusetts 01915
(978) 745-8850

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was hand delivered to the office of the attorney of record for each other party in this action on March 10, 2004.

_Gary S. Sackrider_
Gary S. Sackrider, Esq.