UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10406-MEL

| | |
|---|---|
| GARY SACKRIDER and<br>MARY SACKRIDER,<br><br>　　　Plaintiffs<br><br>v.<br><br>ROBERT GORE, ROBERT FORD, HOLLY<br>LANGER, JOSEPH HILL, J. STEVEN<br>MERRIAM, JR., ELLEN NESTERVICH, and<br>ROBERT STEVENS, as they are the Members<br>of the Boxford Planning Board, BARBARA<br>JESSEL, CHARLES COSTELLO, NEIL<br>OLANSKY, ROBERT WAS and JOSEPH<br>CALLAHAN, as they comprise the Board of<br>Selectmen for the TOWN OF BOXFORD,<br><br>　　　Defendants | AFFIDAVIT OF JOEL B. BARD |

I, Joel B. Bard, hereby depose and state as follows, based upon my personal knowledge:

1.　I am an attorney with the law firm of Kopelman and Paige, P.C. and counsel of record to the defendants in the above-captioned matter.

2.　On March 1, 2004, attorney Katharine Goree Doyle of my office filed with the United States District Court, Boston, the documents necessary to remove the instant case from the Massachusetts Land Court.

3.　In preparing said removal documents, attorney Doyle checked with the Land Court to obtain copies of any Summonses on file. She was informed that none had been filed. Accordingly none were attached to the removal documents filed with the Court on March 1, 2004.

4. On March 17, 2004, this office received from the Land Court copies of twelve Summonses filed in this matter. (The envelope is addressed to attorney Doyle, who left the office on maternity leave on March 12, 2004.) In the upper right-hand corner of each Summons, a handwritten notation states, "Please docket as originally FILED 2/23/04. D. Paterson – Recorder" (See Attachment, Summons to Holly Langer).

5. Deborah Patterson is the Recorder of the Land Court.

6. On March 19, 2004, I spoke to Recorder Patterson and Deputy Recorder Ann-Marie Breuer, who stated that the Summonses were brought to the Land Court by plaintiff Mary Sackrider on March 12, 2004 (or perhaps March 11) to be docketed. Ms. Sackrider told Deputy Recorder Breuer that the Summonses had been returned to the Land Court on February 23, 2004. However, the Land Court had no record of them. Deputy Recorder Breuer stated that she believes that, on February 23, 2004, Ms. Sackrider took the Summonses with her rather than leave them with the Court.

7. Recorder Patterson further stated that, based on these facts, she agreed to make the above-described notation on each Summonses on March 12, 2004.

8. The Land Court then mailed copies of the twelve Summonses to Kopelman and Paige, P.C.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19TH DAY OF MARCH, 2004.

_____
Joel B. Bard

216707/BOXF/0057

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on ___3/19/04___

2

# ATTACHMENT

COMMONWEALTH OF MASSACHUSETTS

LAND COURT

DEPARTMENT OF THE TRIAL COURT

*Please docket as originally FILED 2/23/04 D. Patterson - Recorder*

CIVIL ACTION
No. 296356 ~~KP~~

Gary Sackrider, et al _____, Plaintiff(s)

v.

Robert Gore, et al _____, Defendant(s)

## SUMMONS

To the above-named Defendant: Holly Langer

You are hereby summoned and required to serve upon Gary S. Sackrider plaintiffs attorney, whose address is 100 Cummings Center, ~~plaintiff's attorney, whose address is~~ Suite 207P, Beverly, MA 01915, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Recorder of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Karyn F. Scheier, Chief Justice, at Boston, the 30th day of January, in the year of our Lord two thousand and four.

_Ann-Marie J. Brescia_

DEPUTY RECORDER

**NOTICE TO DEFENDANT** - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Land Court.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) EQUITY — (2) OTHER

LC S-4 (11/00)

Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext 3590

Essex, ss.                                                                February 10, 2004

By virtue of this writ I have made diligent search for the within-named Holly Langer and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. $16.00. New address is 146 Middleton Road in Boxford, Ma.

Deputy Sheriff Chester Kozlosky

                                                                          Deputy Sheriff

---

Essex County Sheriff's Department • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext 3590

                                                                February 10, 2004

Essex, ss.

I hereby certify and return that on 2/4/2004 at 11:15 am I served a true and attested copy of the summons, complaint and exhibits in this action in the following manner: To wit, by delivering in hand to Holly Langer at 146 Middleton Road, Boxford, MA 01921. Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $56.50

Deputy Sheriff Chester Kozlosky

                                                                          Deputy Sheriff

COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE T.C.
Suffolk, ss.
CIVIL No.
Gary Sackrider, et al
v.
Robert Gore, et al
SUMMONS
(Mass. R. Civ. P. 4)