UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10406-MEL

| | |
|---|---|
| GARY SACKRIDER and MARY SACKRIDER,<br><br>Plaintiffs<br><br>v.<br><br>ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS AND JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the Town of Boxford,<br><br>Defendants | ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' AMENDED COMPLAINT |

Now come the defendants, with the plaintiffs' assent, and move this Court for an extension of time to file an Answer to plaintiffs' Amended Complaint. As grounds therefor, the defendants rely upon the following Memorandum of Reasons:

## MEMORANDUM OF REASONS

1. On March 16, 2004, defendants served on plaintiffs' counsel a motion for more definite statement as to Counts Five and Seven of plaintiffs' Amended Complaint.

2. On March 17, 2004, counsel for the parties conferred regarding defendants' motion pursuant to Local Rule 7.1 and 37.1 and have reached an agreement resolving the issues raised in the motion, with plaintiffs agreeing to further amend their Amended Complaint. Defendants intend to file a further Amended Complaint on March 19, 2004.

3. Good cause exists to extend the defendants' deadline for filing an Answer to the Amended Complaint because it will enable the defendants to respond to the newly amended complaint only, and avoid having to unnecessarily respond to the Amended Complaint in its current form, which shall be moot once it has been further amended.

WHEREFORE, the defendants, with the plaintiffs' assent, respectfully request that this Court issue an order allowing the defendants an extension of time to March 26, 2004 to file an Answer to plaintiffs' Amended Complaint.

DEFENDANTS,

By their attorneys,

*[signature]*

Joel B. Bard (BBO# 029140)
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED-TO

PLAINTIFFS,

By their attorney,

*[signature]*
Gary S. Sackrider (BBO# 437360)
100 Cummings Center
Suite 2078
Beverly, MA 01915
(978) 745-8850

216657/BOXF/0057

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 3/19/04

*[signature]*

2