UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10406-MEL

| | |
|---|---|
| GARY SACKRIDER and MARY SACKRIDER,<br><br>　　Plaintiffs<br><br>v.<br><br>ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS AND JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the Town of Boxford,<br><br>　　Defendants | AMENDMENT TO NOTICE OF REMOVAL |

Now come the defendants and hereby file and Amendment to their Notice of Removal to include the filing of copies of the attached additional summonses which were not on file with the State Court at the time the defendants timely filed their Notice of Removal from State Court. In support of this Amendment to Notice of Removal, the defendants rely upon their Opposition to plaintiff's Motion to Remand and Affidavit of Joel B. Bard, which pleadings are being simultaneously filed herewith and are incorporated by reference.

SIGNED PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

DEFENDANTS,

By their attorneys,

_____
Joel B. Bard (BBO# 029140)
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

216728/BOXF/0057

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 3/19/04

_____

2