# Gary S. Sackrider

**Attorney at Law**
**100 Cummings Center**
**Suite 207P**
**Beverly, Massachusetts 01915**

———

**Tel: (978) 745-8850**

March 19, 2004

Clerk of Court
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      RE:   Sackrider etal. v. Gore, etal.
              U.S.D.C. C.A. No. 04-10406-MEL

Dear Sir/Madam:

On March 17, 2004, counsel for the defendants, Joel Bard, requested that I provide a more definite statement for Counts Five and Seven of the Amended Complaint. We agreed at that time that I would amend the complaint and provide a more definite statement. In accordance with that agreement, I am submitting for filing plaintiffs' Second Amended Complaint. Attorney Bard and I also agreed that the defendants' time to answer would be extended to March 26, 2004.

Also submitted herewith is a Certificate of Compliance regarding our agreement for this filing.

On a separate issue, the defendants' counsel Katharine Doyle, delivered to you a letter dated March 9, 2004, with which she submitted a certified state court docket entry for this case. The entry indicated that no summons were filed with the Land Court. That was a great surprise to me, since they were hand delivered by Mary Sackrider on February 23, 2004. We checked with the Land Court. Deputy Recorder, Ann-Marie Breuer specifically remembered receiving them on that date. Apparently, they were misplaced and still have not been located. Land Court has now accepted my copies for filing and has corrected their docket. (See enclosed certified copy of the docket dated March 15, 2004.) However, because this case is currently pending in this federal court and because I am under an obligation to file my return of services with the court which currently has the case, I am enclosing for filing with you my copies of the 12 summons with return of service for each.

If there are any problems with this filing, please advise and I will correct them.

Yours truly,

Gary S. Sackrider

cc    Joel Bard, Esq.