UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10406-MEL

| | |
|---|---|
| GARY SACKRIDER and MARY SACKRIDER,<br><br>    Plaintiffs<br><br>v.<br><br>ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS AND JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the Town of Boxford,<br><br>    Defendants | DEFENDANTS' PARTIAL<br>MOTION TO DISMISS |

The plaintiffs, Gary and Mary Sackrider (the "Sackriders"), have filed a multi-count complaint appealing actions taken by Robert Gore, Robert Ford, Holly Langer, Joseph Hill, J. Steven Merriam, Jr., Ellen Nestervich, and Robert Stevens, as they are the Members of the Boxford Planning Board (collectively referred to herein as the "Planning Board") and Barbara Jessel, Charles Costello, Neil Olansky, Robert Was and Joseph Callahan, as they comprise the Board of Selectmen for the Town of Boxford (collectively referred to herein as the "Board of Selectmen") and move pursuant to Fed. R. Civ. P.12(b)(1) and 12(b)(6) to dismiss all allegations that the defendants, or the Town of Boxford Subdivision Rules and Regulations, violated the plaintiffs' rights under the U.S. Constitution.

As grounds therefore the defendants further rely upon the Memorandum of Reasons in Support of the Defendants Partial Motion to Dismiss.

WHEREFORE, the defendants respectfully request that this Court enter an order allowing their partial motion to dismiss all claims in the Complaint that the defendants, or Boxford Subdivision Rules and Regulations, violated the Plaintiffs' rights under the U.S. Constitution.

DEFENDANTS,

By their attorneys,

Joel B. Bard (BBO# 029140)
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

216025/Boxf/0057

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/26/04

2