SCANNED
DATE: 3-29-04
BY: CMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10406-MEL

| | |
|---|---|
| GARY SACKRIDER and MARY SACKRIDER,<br><br>Plaintiffs<br><br>v.<br><br>ROBERT GORE, ROBERT FORD, HOLLY LANGER, JOSEPH HILL, J. STEVEN MERRIAM, JR., ELLEN NESTERVICH, and ROBERT STEVENS, as they are the Members of the Boxford Planning Board, BARBARA JESSEL, CHARLES COSTELLO, NEIL OLANSKY, ROBERT WAS and JOSEPH CALLAHAN, as they comprise the Board of Selectmen for the TOWN OF BOXFORD,<br><br>Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1(A)(2) |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that he conferred with plaintiffs' counsel regarding the Defendants' Partial Motion to Dismiss plaintiff's claims under the U.S. Constitution in a good faith effort to resolve or narrow the issue. Plaintiffs' counsel indicated that he will be opposing the motion.

DEFENDANTS,

By their attorney,

Joel B. Bard (BBO# 029140)
George X. Pucci (BBO# 555346)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/26/04

217353/BOXF/0057