United States District Court
District of Massachusetts

C.A. No. 04CV10406-MEL

Gary Sackrider and Mary Sackrider,
Plaintiffs

v.

Robert Gore, Robert Ford, Holly Langer,
Joseph Hill, J. Steven Merriam, Jr., Ellen
Nestervich, and Robert Stevens, as they are
the Members of the Boxford Planning Board,
Barbara Jessel, Charles Costello, Neil
Olansky, Robert Was and Joseph Callahan,
as they comprise the Board of Selectmen for
the Town of Boxford, Defendants

MOTION FOR
SANCTIONS

In conjunction with this court's action on plaintiffs' Motion to Remand, the plaintiffs move under Rule 11 that this court sanction all of the defendants for improper removal of this case from the Massachusetts Land Court.

The defendants' attorneys in their cover sheet checked off box 440 for civil rights. In their Notice of Removal (para. #1), they claim this case to be one falling under 42 U.S.C. §1983 and M.G.L. c. 12, §11H and I. (However, they do not indicate which count is the civil rights count.)

It was totally unreasonable for the defendants' attorneys to remove the case from Land Court. Each count specified the jurisdiction, all of which were either M.G.L. c. 41, §81BB, c. 231A, §1 or c. 240, §14A. None of those are civil rights statutes. Land Court lacks jurisdiction to hear civil rights cases. The defendants' own Notice of Removal acknowledges that the plaintiffs did not plead civil rights