United States District Court
District of Massachusetts

C.A. No. 04 CV 10406-MEL

Gary Sackrider and Mary Sackrider, )
Plaintiffs )
)
)
v. )
)
)
Robert Gore, Robert Ford, Holly Langer, )   LOCAL RULE 7.1
Joseph Hill, J. Steven Merriam, Jr., Ellen )   CERTIFICATE OF COMPLIANCE
Nestervich, and Robert Stevens, as they are )
the Members of the Boxford Planning Board, )
Barbara Jessel, Charles Costello, Neil )
Olansky, Robert Was and Joseph Callahan, )
as they comprise the Board of Selectmen for )
the Town of Boxford, Defendants )

Now come the undersigned counsel for the plaintiffs and hereby certify that I conferred with counsels for the defendants in a good faith effort to resolve or narrow the issues set forth in Plaintiffs' Motion for Sanctions (1) by exchange of faxes dated March 1, 2004, (2) by exchange of faxes dated March 4 and 5, 2004, and (3) by telephone conference on March 23, 2004.

/s/ Gary S. Sackrider
Gary S. Sackrider (B.B.O. #437360)
100 Cummings Center, Suite 207P
Beverly, Massachusetts 01915
(978) 745-8850

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was mailed to the office of the attorney of record for each other party in this action on March 30, 2004.

/s/ Gary S. Sackrider
Gary S. Sackrider, Esq.