Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

March 29, 2004

Re: Sackrider, et. al. v. Robert Gore, et. al.
(Town of Boxford Planning Board, Board of Selectman)
U.S.D.C., C.A. No. 04-10406-MEL

Dear Sir,

This letter serves to file a motion that I, Rebecca J. Potts, a Sackrider abutter, be made an "Interested Party" in the above mentioned case. Throughout the Boxford Planning Board hearing process, a group of nine abutters had appointed me to gather and disseminate information back to them. They would like me to continue this task as the case goes before the U.S. District Court.

The abutter group has serious concerns regarding groundwater and flooding issues, wetland impact and septic system design, as well as potential tree damage and trespass to properties adjacent to the proposed roadway. These reasons, among others, were cited by the Boxford Planning Board in the 30 point denial of the Sackrider subdivision at the January 21, 2004 meeting.

Because there are potentially serious consequences to numerous properties from this proposed subdivision, we as abutters would like to be kept aware of the court proceedings. Thank you for your consideration in this matter.

Sincerely,

Rebecca J. Potts
Rebecca J. Potts
113 Valley Road
Boxford, MA. 01921
978-352-5003

cc:   Joel B. Bard, Kopelman and Paige, P.C.
      Gary S. Sackrider, Esq.