UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY SACKRIDER and <br> MARY SACKRIDER, <br> <br> Plaintiffs, <br> <br> v. <br> <br> <br> ROBERT GORE, ROBERT FORD, <br> HOLLY LANGER, JOSEPH HILL, <br> J. STEVEN MERRIAM,JR., ELLEN <br> NESTERVICH, and ROBERT STEVENS, <br> as they are the Members of the <br> Boxford Planning Board, BARBARA <br> JESSEL, CHARLES COSTELLO, NEIL <br> OLANSKY, ROBERT WAS and JOSEPH <br> CALLAHAN, as they comprise the <br> Board of Selectmen for the Town <br> of Boxford, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 04-CV-10406-MEL <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> O R D E R |

LASKER, D.J.

By letter of March 29, 2004, Rebecca J. Potts has moved that as a Sackrider abutter she be made an "interested party" in this case. The letter application, treated as a motion, is denied substantially for the many reasons set forth in plaintiff's memorandum in opposition to the motion, and in particular, for the following reasons:

(1) The movant has failed to comply with F. R. Civ. P. 24(c).

(2) Her application is untimely as measured by Rule

24(a) and (b).

      Furthermore, the letter-motion does not establish a legitimate ground to intervene or that the movant has standing to be a party.  The motion is DENIED.

      It is so ordered.


Dated:   April 13, 2004
        Boston, Massachusetts     /s/ Morris E. Lasker
                                        U.S.D.J.